IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM JOHNSON, JR.,

    Petitioner,

v.

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:17-CV-0055
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

On October 4, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (Doc. 10.) Petitioner has filed an *Objection* to the Magistrate Judge's *Report and Recommendation*. (Doc. 11.) The Court is unable to decipher the basis for Petitioner's objections. Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review. For the reasons discussed by the Magistrate Judge, this Court likewise concludes that Petitioner has failed to establish he is entitled to relief. Petitioner's *Objection* (Doc. 11) is **OVERRULED**. The *Report and Recommendation* (Doc. 10) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

10-18-2017
EDMUND A. SARGUS, JR.
Chief United States District Judge